UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PARIS GORDON | CIVIL NO. |
| Plaintiff | |
| v. | |
| COSTCO WHOLESALE CORPORATION | |
| Defendant | JUNE 20, 2019 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1336 and 28 U.S.C. §1446, the defendant, Costco Wholesale Corporation, hereby submits this notice of removal of the above lawsuit filed in the Superior Court of Connecticut for the Judicial District of Fairfield at Bridgeport with a Return Date of June 25, 2019 to the United States District Court for the District of Connecticut.

The basis for such removal is diversity jurisdiction pursuant to 28 U.S.C. §1332 as the plaintiff is a citizen of Connecticut and the defendant is a corporation with a principal place of business in Issaquah, WA. The State Court Complaint does not specify the amount of alleged damages other than to allege that such damages exceed the jurisdictional minimum of the Superior Court of fifteen thousand dollars.  However, while the defendant denies plaintiff's claims of injuries, plaintiff alleges permanent bodily injuries, the value of which may exceed

$75,000.00. A copy of the Summons and Complaint filed in Bridgeport Superior Court is attached hereto as Exhibit "A".

Costco Wholesale Corporation has, as of this date, notified the Connecticut Superior Court of the filing of this Notice of Removal. A copy of the Notice of Removal filed in the Connecticut Superior Court is attached hereto as Exhibit "B".

Pursuant to the Standing Order on removed cases, a Statement of Removed Case and a Notice of Pending Motions are being filed simultaneously herewith.

Finally, the defendant submits the attached Civil Cover Sheet is attached hereto as Exhibit "C".

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PARIS GORDON | : CIVIL NO. |
| Plaintiff | : |
| v. | : |
| COSTCO WHOLESALE CORPORATION | : |
| Defendant | : JUNE 20, 2019 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2019 a copy of the defendant's Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer: BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main Street, Bridgeport, CT 06604 | (203) 579 6527 | June 25, 2019 |

| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Fairfield at Bridgeport | Case type code (See list on page 2) Major: T  Minor: 03 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) Friedler & Friedler, P.C., 679 State Street, New Haven, CT 06511 | Juris number (to be entered by attorney only) 021029 |
|---|---|

| Telephone number (with area code) (203) 772 1810 | Signature of Plaintiff (If self-represented) |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) joe@friedlerlaw.com |

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: GORDON, Paris  Address: 101 Franklin Street, Westport, CT 06880 | P-01 |
| Additional Plaintiff | Name: Address: | P-02 |
| First Defendant | Name: Costco Wholesale Corporation: Agent for Service CT Corporation System  Address: 67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| Additional Defendant | Name: Address: | D-02 |
| Additional Defendant | Name: Address: | D-03 |
| Additional Defendant | Name: Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) [signature] | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Joseph P. Friedler | Date signed 05/23/2019 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date 05/23/2019 | Docket Number |

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).
   (b) Summary process actions.
   (c) Applications for change of name.
   (d) Probate appeals.
   (e) Administrative appeals.
   (f) Proceedings pertaining to arbitration.
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description | Major Description | Codes Major/Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 10 | Construction - State and Local | | T 03 | Defective Premises - Private - Other |
| | C 20 | Insurance Policy | | T 11 | Defective Premises - Public - Snow or Ice |
| | C 30 | Specific Performance | | T 12 | Defective Premises - Public - Other |
| | C 40 | Collections | | T 20 | Products Liability - Other than Vehicular |
| | C 90 | All other | | T 28 | Malpractice - Medical |
| Eminent Domain | E 00 | State Highway Condemnation | | T 29 | Malpractice - Legal |
| | E 10 | Redevelopment Condemnation | | T 30 | Malpractice - All other |
| | E 20 | Other State or Municipal Agencies | | T 40 | Assault and Battery |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 50 | Defamation |
| | E 90 | All other | | T 61 | Animals - Dog |
| | | | | T 69 | Animals - Other |
| Miscellaneous | M 00 | Injunction | | T 70 | False Arrest |
| | M 10 | Receivership | | T 71 | Fire Damage |
| | M 20 | Mandamus | | T 90 | All other |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 40 | Arbitration | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 50 | Declaratory Judgment | | V 05 | Motor Vehicles* - Property Damage only |
| | M 63 | Bar Discipline | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 09 | Motor Vehicle* - All other |
| | M 68 | Bar Discipline - Inactive Status | | V 10 | Boats |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 20 | Airplanes |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 30 | Railroads |
| | | | | V 40 | Snowmobiles |
| | M 83 | Small Claims Transfer to Regular Docket | | V 90 | All other |
| | M 84 | Foreign Protective Order | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 90 | All other | | | |
| Property | P 00 | Foreclosure | | | |
| | P 10 | Partition | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien | | W 90 | All other |
| | P 30 | Asset Forfeiture | | | |
| | P 90 | All other | | | |

JD-CV-1 Rev. 10-15 (Back/Page 2)

(Page 2 of 2)

| | | |
|---|---|---|
| RETURN DATE: JUNE 25, 2019 | : | SUPERIOR COURT |
| PARIS GORDON | : | J. D. OF FAIRFIELD |
| V. | : | AT BRIDGEPORT |
| COSTCO WHOLESALE CORPORATION | : | MAY 23, 2019 |

## COMPLAINT

1.    At all times mentioned herein, the defendant, COSTCO WHOLESALE CORPORATION (hereinafter "Costco") was and is a corporation, organized and existing under the laws of the State of Washington, authorized to do business under the laws of the State of Connecticut, having a place of business known as Costco located at 779 Connecticut Avenue, Norwalk, Connecticut (hereinafter the "Property").

2.    At all times mentioned herein the defendant, owned, controlled, maintained and/or possessed the Property.

3.    On January 7, 2018 at approximately 1:00 P.M., the plaintiff, PARIS GORDON, was walking in the parking lot of the Property when she was caused to slip and fall sustaining the serious injuries hereinafter described.

4. The plaintiff's injuries were caused by the carelessness and negligence of the defendant its agents, servants, and/or employees in the following ways:

   (a) in that it caused or allowed said parking lot to be and remain in an unsafe and dangerous condition;

   (b) in that it caused or allowed and permitted said parking lot to be and remain icy, slippery and dangerous for use;

   (c) in that it failed to remedy said icy, slippery and dangerous condition by placing sand, salt, sawdust or other abrasive substances thereon, when the same were reasonably necessary under the circumstances;

   (d) in that it caused or allowed and permitted the parking lot pavement to be cracked, uneven and dangerous for use;

   (e) in that it failed to remedy said cracked, uneven and dangerous condition when the same were reasonably necessary under the circumstances;

   (f) in that it failed to erect or cause to be erected adequate and proper safeguards, to protect individuals from the dangerous condition of said

area of which the defendant had actual knowledge, or should have known of said conditions;

    (g)    in that it failed to make proper and reasonable inspection;

    (h    in that in the exercise of reasonable care and inspection it should have known of these conditions and should have remedied the same yet failed to do so;

    (i)    in that it failed to adequately and properly warn or provide for adequate and proper warnings to the plaintiff of the dangerous and unsafe condition of said parking lot area;

    (j)    in that it failed to reasonably and adequately supervise the the removal of ice and snow;

    (k)    in that it failed to reasonably and adequately supervise the placement of sand, salt, sawdust or other abrasive substances;

5.    The defendant knew, or had it exercised due and proper diligence, should have known of the aforesaid conditions.

6.    As a result of the carelessness and negligence of the defendant as aforesaid, the plaintiff, sustained the following severe, painful, and permanent injuries:

  (a) Left closed fracture of the distal fibula (lateral malleolus);

  (b) Left ankle sprain;

  (c) ATF ligament tear;

  (d) Deltoid ligament tear;

  (e) Right shoulder pain;

  (f) Neck pain;

  (g) Left hip pain;

  (h) Low back pain.

7. As a further result of said injuries caused by the carelessness and negligence of the defendant, as aforesaid, the plaintiff, PARIS GORDON, incurred expenses, and may in the future incur expenses, for medical treatments, therapy, medications, x-rays, and hospitalization.

8. The plaintiff, PARIS GORDON is informed and believes that, as a result of said injuries, she will be permanently disabled, affected, and maimed, and that she will never be well, healthy, active, strong and able as she was prior to said injuries.

9. As a further result of said injuries caused by the negligence and carelessness of the defendant, as aforesaid, the plaintiff, PARIS GORDON,

endured great pain and suffering, shock, had restless nights, experienced considerable difficulty in sleeping, moving, bending, and walking, missed considerable time from her normal activities, and she sustained, and may in the future sustain, the loss of wages from her employment, and her earning capacity was and is impaired.

WHEREFORE, the plaintiff, PARIS GORDON, claims monetary damages within the jurisdiction of the Court.

THE PLAINTIFF
PARIS GORDON

By_____
Joseph P. Friedler
FRIEDLER & FRIEDLER, P.C.
679 State Street
New Haven, CT 06511
Her Attorney

| | | |
|---|---|---|
| RETURN DATE: JUNE 25, 2019 | : | SUPERIOR COURT |
| PARIS GORDON | : | J. D. OF FAIRFIELD |
| V. | : | AT BRIDGEPORT |
| COSTCO WHOLESALE CORPORATION | : | MAY 23, 2019 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest, or property in demand is more than FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF
PARIS GORDON

By_____
Joseph P. Friedler
FRIEDLER & FRIEDLER, P.C.
679 State Street
New Haven, CT 06511
Her Attorney

# EXHIBIT B

| | | |
|---|---|---|
| DOCKET NO. FBT-CV19-6086776-S | : | SUPERIOR COURT |
| PARIS GORDON | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| COSTCO WHOLESALE CORPORATION | : | JUNE 20, 2019 |

## NOTICE OF REMOVAL

The defendant, Costco Wholesale Corporation, hereby gives notice that it has removed this action to Federal Court. A copy of said removal (without exhibits) is attached hereto as Exhibit "A".

                    THE DEFENDANT,
                    COSTCO WHOLESALE CORPORATION

                    ____/s/400462_____
                    Miles N. Esty, Esq.
                    Esty & Buckmir, LLC
                    2340 Whitney Avenue
                    Hamden, CT 06518
                    Tel. No. 203-248-5678
                    Juris No. 415435

ESTY & BUCKMIR, LLC
2340 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678   Juris No. 415435

## CERTIFICATE OF SERVICE

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on this date to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

Friedler & Friedler PC
679 State Street
New Haven, CT 06511

                                                       /s/400462
                                        Miles N. Esty, Esq.
                                        Commissioner of the Superior Court

ESTY & BUCKMIR, LLC
2340 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678   Juris No. 415435

 

**State of Connecticut Judicial Branch**
# Superior Court E-Filing

**Attorney/Firm: ESTY & BUCKMIR LLC (415435)**          **E-Mail: sciastko@estyandbuckmir.com**   Logout

Hide Instructions                    **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

### Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | FBT-CV-19-6086776-S |
| **Case Name:** | GORDON, PARIS v. COSTCO WHOLESALE CORPORATION |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Jun-20-2019 |
| **Motion/Pleading by:** | ESTY & BUCKMIR LLC (415435) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| | |
| **Date and Time of Transaction:** | Thursday, June 20, 2019 2:11:23 PM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]    [ Return to Case Detail ]

Copyright © 2019, State of Connecticut Judicial Branch

# EXHIBIT C

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Paris Gordon

**(b)** County of Residence of First Listed Plaintiff: Fairfield
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joseph Friedler, Esq., Friedler & Friedler, PC, 679 State Street, New Haven, CT 06511, 203-772-1810

### DEFENDANTS
Costco Wholesale Corporation

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Miles Esty, Esq., Esty & Buckmir, LLC, 2340 Whitney Avenue, Hamden, CT 06518, 203-248-5678

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332
Brief description of cause:
Alleged premises liability resulting in alleged personal injury

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 06/20/2019
SIGNATURE OF ATTORNEY OF RECORD: /s/ Miles N. Esty

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____